# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES **X** If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **UNITED STATES v. MARY GURIN 07 CR 732**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO **X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO **X** YES
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO **X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO **X** YES ☐

6) What level of offense is this indictment or information? FELONY **X**    MISDEMEANOR

7) Does this indictment or information involve eight or more defendants? NO **X** YES ☐

8) Does this indictment or information include a conspiracy count? NO **X** YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide . . . . . . . . . . (II)
   ☐ Criminal Antitrust . . . . . (II)
   ☐ Bank robbery . . . . . . . (II)
   ☐ Post Office Robbery . . . . (II)
   ☐ Other Robbery . . . . . . . (II)
   ☐ Assault . . . . . . . . . (III)
   ☐ Burglary . . . . . . . . . (IV)
   ☐ Larceny and Theft . . . . . (IV)
   ☐ Postal Embezzlement . . . (IV)
   ☐ Other Embezzlement . . . (III)
   ☐ Income Tax Fraud . . . . . (II)
   ☐ Postal Fraud . . . . . . . . (II)
   ☐ Other Fraud . . . . . . . . (III)
   ☐ Auto Theft . . . . . . . . (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery . . . . . . . . . . (III)
   ☐ Counterfeiting . . . . . . . (III)
   ☐ Sex Offenses . . . . . . . (II)
   ☐ DAPCA Marijuana . . . . (III)
   ☐ DAPCA Narcotics . . . . (III)
   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   **X** Immigration Laws . . . . (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws . . . . (IV)
   ☐ Motor Carrier Act . . . . . (IV)
   ☐ Selective Service Act . . . (IV)
   ☐ Obscene Mail . . . . . . . (III)
   ☐ Other Federal Statutes . . (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.
    8 U.S.C. § 1324(a)(1)(A)(iii)     8 U.S.C. § 1324(a)(1)(B)(i)
    18 U.S.C. § 1001                  42 U.S.C. § 408(a)(7)(B)

FILED
DEC - 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SHARON R. FAIRLEY
Assistant United States Attorney