Order Form (01/2005)

*MHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 - 2 | **DATE** | 12/13/2007 |
| **CASE TITLE** | USA vs. NORINYE BENITEZ | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts of the indictment. 16.1(a) conference to be held by 12/18/2007. Pretrial motions to be filed by 1/22/2008. Government's answer to pretrial motions to be filed by 1/29/2008. Government's answer to pretrial motions to be filed by 1/29/2008. Reply to answer to be filed by 2/5/2008. Status hearing is set for 2/21/2008 at 9:15 a.m. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 12/13/2007 and ending on 2/21/2008. (X-T) Enter Order

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|