*MHN*

**FILED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DEC 1 3 2007

Judge James B. Moran
United States District Court

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| USA v. GURIN | 07 CR 732 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

## NORINYE BENITEZ

| | |
|---|---|
| SIGNATURE<br>s/ *Rose Lindsay* | ROSE LINDSAY |
| FIRM<br>FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS<br>55 E MONROE ST, STE 2800 | |
| CITY/STATE/ZIP<br>CHICAGO IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280480 | TELEPHONE NUMBER<br>312. 621. 8342 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES [X]  NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES [X]  NO [ ] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES [X]  NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES [X] NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] | |