Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 732 - 2 | DATE | 3/19/2008 |
| CASE TITLE | USA vs. NORINYE BENITEZ | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. It is hereby ordered that: Ms. Benitez's current condition of home detention with electronic monitoring shall be removed; and Ms. Benitez shall report to Pretrial Services as directed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|