

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 732 |
| v. | ) | |
| | ) | Honorable James B. Moran |
| NORINYE BENITEZ | ) | |

## AGREED ORDER

This matter coming before the Court on Defendant NORINYE BENITEZ's request for modification of the conditions of her pretrial release, and by agreement of all parties,

IT IS HEREBY ORDERED THAT:

1. Ms. Benitez's current condition of home detention with electronic monitoring shall be removed; and

2. Ms. Benitez shall report to Pretrial Services as directed.

Entered: _James B. Moran_
Honorable James B. Moran
U.S. District Court Judge

Dated: 3/19/08