## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 - 2 | **DATE** | 3/21/2008 |
| **CASE TITLE** | USA vs. NORINYE BENITEZ | | |

**DOCKET ENTRY TEXT**

Arraignment as to Norinye Benitez is set for April 3, 2008 at 9:00 a.m. on the Superseding Indictment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|