## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 - 2 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. NORINYE BENITEZ | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant Norinye Benitez enters plea of not guilty to all counts of the superseding indictment. Previous briefing schedule to stand. Status hearing is set for May 7, 2008 at 9:15 a.m. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on April 3, 2008 and ending on May 7, 2008.

(X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|