**FILED**
JUL 0 2 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 CR 732**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*Felony*

**JUDGE MORAN**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE VALDEZ**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 732 United States v. Mary Gurin   *Valdez*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   07 CR 732   United States v. Mary Gurin   Judge James Moran

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud (II) | ☐ DAPCA Controlled Substances ..... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery .......... (II) | ☐ Other Fraud ........... (III) | X Immigration Laws .............. (IV) |
   | ☐ Post Office Robbery ..... (II) | ☐ Auto Theft ........... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .............. (IV) |
   | ☐ Assault ............... (III) | ☐ Forgery ................ (III) | ☐ Motor Carrier Act .............. (IV) |
   | ☐ Burglary .............. (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........... (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail ............... (III) |
   | ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ...... (III) | ☐ Other Federal Statutes .......... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ....... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    8 USC § 1324(a)(1)(A)(v)(I)        42 USC § 408(a)(7)(B)
    8 USC § 1324(a)(1)(A)(iii)
    8 USC § 1324(a)(1)(B)(I)
    18 USC § 1028A and 2

    Sharon Fairley
    Assistant United States Attorney

(Revised 12/99)