## United States District Court, Northern District of Illinois

07 GJ 500

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE COX** |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 0732 | **DATE** | JULY 2, 2008 |
| **CASE TITLE** | US v. MARY GURIN & NORINYE BENITEZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____[signature]_____

DOCKET ENTRY:

# 07 CR 732

BOND PREVIOUSLY SET IN 07 CR 732 TO STAND AS TO BOTH DEFENDANTS.

**JUDGE MORAN**

**MAGISTRATE JUDGE VALDEZ**

**FILED**
JUL 0 2 2008 T.C.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials: vkh
Date/time received in Central Clerk's office: ___

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#