## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 - 2 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. NORINYE BENITEZ | | |

**DOCKET ENTRY TEXT**

Status hearing set for 7/10/2008 is stricken. Arraignment held. Defendant enters plea of not guilty to all counts of the second superseding indictment. Previous briefing schedule to stand. Status hearing is set for 8/12/2008 at 9:15 a.m. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 7/10/2008 and ending on 8/12/2008.

(X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|